## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STEPHEN BRAD CARTER, | ) | Bankruptcy No. 15 B 14354 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

### NOTICE OF ROUTINE MOTION

**To:**   Stephen Brad Carter, 1825 W. 187th Street, Homewood, IL 60430

Nathan C. Volheim, Sulaiman Law Group, Ltd., 900 Jorie Blvd., Suite 150, Oak Brook, IL 60523*

United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*

PLEASE TAKE NOTICE that on **Tuesday, August 18, 2015, at 10:00 a.m.,** we will appear before the Honorable Timothy A. Barnes or such other Judge as may be presiding in that Judge's stead, in courtroom 613, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present our **Trustee's Motion to Extend Time to Object to Exemptions and Discharge**, a copy of which is attached hereto and served upon you herewith.

**THE APPENDED PROPOSED ORDER MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO.**

Date:  August 10, 2015

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
       David P. Leibowitz (ARDC # 1612271)
       Lakelaw
       420 W. Clayton Street
       Waukegan, Illinois 60085-4216
       847.249.9100

### CERTIFICATE OF SERVICE

On August 10, 2015, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Waukegan, Illinois.  Those marked with an * were served via the Court's ECF System.

       /s/ Aquanda S. Thomas
       Paralegal

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **STEPHEN BRAD CARTER,** | ) | **Bankruptcy No. 15 B 14354** |
| | ) | |
| | ) | |
| Debtor. | ) | **Honorable Timothy A. Barnes** |

## TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT
## TO EXEMPTIONS AND DISCHARGE

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of Stephen Brad Carter ("Debtor"), hereby moves for an order extending the time for the Trustee to timely object to exemptions and to discharge by 60 days, to and including October 9, 2015.[1]  In support, the Trustee states the following:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2.      By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

## FACTUAL AND PROCEDURAL BACKGROUND

4.      Debtor filed a voluntary chapter 7 petition on April 22, 2015.

5.      David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

6.     The § 341 meeting of creditors was originally held on June 11, 2015, and was thereafter continued to July 21, 2015.  Subsequent to the Trustee's examination of Debtor at the § 341 meeting, the Trustee learned of certain unscheduled assets, and he is now investigating same, including the extent of Debtor's involvement in and ownership of multiple business ventures.  For these and other reasons, the Trustee requires additional time to obtain and review information and to evaluate whether or not grounds may exist for an objection to the Debtor's discharge and/or exemptions.

## RELIEF REQUESTED

7.     The Trustee requests that the Court extend the date by which the Trustee may timely object to Debtor's exemptions to and including October 9, 2015.  He further requests that the Court extend the date by which the Trustee may timely object to the Debtor's discharge under §727 of the Bankruptcy Code to and including October 9, 2015.

## BASIS FOR RELIEF REQUESTED

8.     Under Rule 4003(b), objections to the debtor's claim of exemptions must be filed within 30 days after the § 341 meeting is concluded or within 30 days after any amendment to the list of exemptions or supplemental schedules is filed, whichever is later.  However, the court may, for cause, extend the time for filing objections, if the request for extension is filed prior to expiration of the deadline.

9.     Under Rule 4004, a complaint objecting to the debtor's discharge must be filed not later than 60 days following the first date set for the meeting of creditors under §341.  However, the court may, for cause, extend that deadline on motion filed prior to its expiration.

10.     This motion is filed prior to expiration of the deadline for objections to exemptions and prior to expiration of the deadline for objections to discharge.

11.     Cause exists to extend both deadlines, because, as set forth above, the Trustee

requires additional time to obtain and review information and to further investigate and evaluate

whether grounds may exist to object to the Debtor's discharge and/or exemptions.

## NOTICE

12.     Notice of this Motion was provided to: (a) the Debtor; (b) the Debtor's counsel; (c)

the Office of the United States Trustee; and (d) all parties that have requested or receive notice

through CM/ECF.  In light of the nature of the relief requested, the Trustee requests that the Court

find the notice provided for herein sufficient under the circumstances and waive and dispense with

any further notice requirements.


**WHEREFORE**, the Trustee requests that the Court enter an order:

(a)     Extending the date by which the Trustee may timely object to the Debtor's claim

of exemptions to and including October 9, 2015;

(b)     Extending the date by which the Trustee may timely object to the Debtor's

discharge to and including October 9, 2015; and

(c)     Granting such further relief as the Court deems just and proper.

**DAVID P. LEIBOWITZ, not individually, but as
the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
          David P. Leibowitz (ARDC # 1612271)
          Lakelaw
          420 W. Clayton Street
          Waukegan, Illinois 60085-4216
          847.249.9100