UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-14354 |
| STEPHEN BRAD CARTER, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING THE DATE BY WHICH THE TRUSTEE MAY TIMELY OBJECT TO DEBTOR'S EXEMPTIONS AND DISCHARGE**

This matter came to be heard on the Third Motion of Chapter 7 Trustee, David P. Leibowitz ("Trustee"), To Extend Time to Object to Exemptions and Discharge; due and proper notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Trustee's motion is granted as set forth herein.
2. The date by which the Trustee may timely object to the Debtor's exemptions is hereby extended to and including February 8, 2016.
3. The date by which the Trustee may timely object to the Debtor's discharge pursuant to §727 of the Bankruptcy Code is hereby extended to and including February 8, 2016.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  December 08, 2015

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100