**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-14354 |
| | § | |
| STEPHEN BRAD CARTER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2015. The undersigned trustee was appointed on 04/22/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $199,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $9,187.84 |
    | Bank service fees | $1,042.64 |
    | Other Payments to creditors | $96,519.45 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $92,750.07 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/31/2016 and the deadline for filing government claims was 05/31/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,225.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,225.00, for a total compensation of $10,225.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $229.78, for total expenses of $229.78.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2017            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-14354-TAB | Trustee Name: | David Leibowitz |
| Case Name: | CARTER, STEPHEN BRAD | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 5/15/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1825 187th Street Homewood, Illinois 60430 Single Family Dwelling (Property in Foreclosure) Purchased in 1994 (Purchase Price $104,000.00) Value Per Cook County Assessor PIN#: 32-06-400-046-0000 | $199,800.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 2 | 18610 Gottschalk Avenue Homewood, Illinois 60430 Single Family Dwelling (Property in Foreclosure) Purchased in 2004 (Purchase Price $92,500.00) Value Per Appraisal PIN#: 32-06-211-026-0000 | $100,000.00 | $2,503.00 | OA | $0.00 | FA |
| Asset Notes: | Costs and expenses of sale would more than eliminate any equity. Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 3 | 5 Acres on Majestic Drive Monee, Illinois 60449 Two Empty Lots - Unimproved (Property in Foreclosure) Value Per Comps 50% Partial Interest with Estranged Spouse | $30,000.00 | $0.00 | | $60,000.00 | FA |
| Asset Notes: | Lots 3 and 4 in Links Edge Subdivision of the South 1/2 of Southwest 1/4 of Section 22 Township 34 N Range 12 East of the Third Principal Meridian - plat R2002-145283 Will County, IL; tax ID 18-13-22-302-005 & 18-13-22-302-006. 9930 and 9940 W. Majestic Drive, Monee, Illinois Property sold to Municipal Trust & Savings Bank, as authorized by Agreed Judgment Order entered on 12/15/2016 in Adv. No. 16-00568 (adv. dkt #11), for $60,000 credit bid, thus eliminating secured claim. | | | | | |
| 4 | Time Share in Kissimmee, Florida 50% Partial Interest with Estranged Spouse | $3,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 5 | 129 Elm Drive Walkerton, Indiana 46574 Single Family Dwelling Purchased in 2006 Value Per Comps PIN#: 36-12-20-133-021 & 36-12-20-133-022 In the Process of Sale Due to Prior Court Order - 50% Interest with Estranged Spouse | $27,000.00 | $6,500.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit A

| Case No.: | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 5/15/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | Illiana Financial Checking Account Ending with 2407 | $1,193.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 7 | Illiana Financial Savings Account | $50.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 8 | Used Household Goods, Furnishings and Appliances | $2,080.00 | $2,080.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 9 | Personal Items | $50.00 | $50.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 10 | Used Clothing | $200.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 11 | Term Life Insurance Policy through Employer No Cash Value | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 12 | Orland Fire Protection District Pension Plan No Current Value | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 13 | Orland Fire Protection District 457 Plan | $110,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 14 | Voluntary Employee Beneficiary Association Plan (VEBA) through Employer No Current Value | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 15 | Tap House Grill, Inc. Being Held By Trustee - Property of Estate In Bankruptcy Case Number 15-09177 | $0.00 | $25,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 16 | Carter Family Construction, Inc. (Business is Inactive) Debtor is Sole Shareholder (Business Owns a 50% Interest in Vehicle, Lift and Various Hand Tools) | $2,500.00 | $9,466.00 | OA | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3    Exhibit A

| Case No.: | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 5/15/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: | Tools of Trade exemption was overruled by court order dated 02/16/2016 (dkt #56); inspection suggested value of tools and assets was greater than $2500; however, as part of settlement with Debtor, property was abandoned per order dated 09/07/2016 (dkt #78) (settlement approved 09/07/2016 (dkt #79)). | | | | | |
| Ref. # | | | | | | |
| 17 | Outstanding Rents from Former Tenants (Non Collectable) | $4,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 18 | Remainderman interest in Property Located at: 1345 Bluff Drive Osage Beach, Missouri 65065 Single Family Dwelling Subject to life estate of Leon Moore, Age 78 | $0.00 | $20,000.00 | OA | $0.00 | FA |
| Asset Notes: | Debtor has fee simple subject to life estate of Leon Moore who is 78 years old; offer for remainder interest was $20,000; as part of settlement with Debtor, property was abandoned per order dated 09/07/2016 (dkt #78) (settlement approved 09/07/2016 (dkt #79)). | | | | | |
| 19 | Illinois Driver's License | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 20 | 1999 Ford Taurus with 120,000 Miles Value Per KBB, PPV | $1,899.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 21 | 2005 Chevrolet Express Van with 100,000 Miles Value Per KBB, PPV 50% Interest with Carter Family Construction, Inc. | $2,724.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 22 | 1998 Chevrolet Cavalier with 75,000 Miles Value Per KBB, PPV | $1,632.00 | $1,632.00 | OA | $0.00 | FA |
| Asset Notes: | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 23 | 16W611 Mockingbird Lane, Apt. 102 (u) Willowbrook, IL 60527 Condominium purchased in 2010 (Purchase Price $71,250) Value per comps PIN#: 10-02-312-130 | $50,000.00 | $21,105.50 | | $55,000.00 | FA |
| Asset Notes: | Sold per order dated 03/23/2016 (dkt #70). | | | | | |
| 24 | Rents on Willowbrook Property (16W611 (u) Mockingbird Lane, Apt. 102) | $0.00 | $5,000.00 | | $5,000.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 4   Exhibit A

| Case No.: | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 5/15/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Property has been sold. No additional rents to be collected. | | | | | |
| **Ref. #** | | | | | |
| 25  Settlement of adversary proceeding no. 16-00096  **(u)** | $0.00 | $79,500.00 | | $79,500.00 | FA |
| **Asset Notes:** Settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 26  Judgments Against Old Tenants:  **(u)**  Fanta Lewis per case 2013 M6 001782 judgment of $12,000  Darlene Patterson per case 2009 M6 003619 judgment of $5,100  Debtor believes that they are uncollectable | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

$536,128.00        $172,836.50        $199,500.00        $0.00

---

**Major Activities affecting case closing:**

08/01/2016   2017 Reporting Period:
Settlement agreement for $79,500 from Debtor's retirement account.

06/30/2016   2016 Reporting Period:
Asset Case: Multiple properties, cars, tools, interests in companies

Complaint to bar discharge: Debtor's attorney indicates willingness to settle discharge claim for an amount sufficient to pay scheduled claims - settlement agreement to come

Trustee has sold Debtor's rent-to-own condo on Willowbrook, and has a likely buyer for the life estate in Osage Beach, MO.

**Initial Projected Date Of Final Report (TFR):**   12/31/2017     **Current Projected Date Of Final Report (TFR):**   04/15/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1672 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carter, Stephen Brad |
| For Period Beginning: | 4/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | (24) | Ernest W. Shewchuck | Rent received - Willowbrook | | 1222-000 | $1,000.00 | | $1,000.00 |
| 03/23/2016 | (24) | Sulaiman Law Group, Ltd. Trustee | Paid on behalf of Debtor for rent received | | 1222-000 | $1,600.00 | | $2,600.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.44 | $2,598.56 |
| 04/13/2016 | (24) | STEPHEN CARTER | Rent received - Willowbrook | | 1222-000 | $1,400.00 | | $3,998.56 |
| 04/19/2016 | (24) | Ernest W. Shewchuk | Rent received - Willowbrook | | 1222-000 | $1,000.00 | | $4,998.56 |
| 04/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.12 | $4,992.44 |
| 05/19/2016 | | Chicago Title and Trust Company | Net proceeds of sale of Willowbrook | | * | $9,328.26 | | $14,320.70 |
| | {23} | | Net proceeds of sale of Willowbrook condominium | $55,000.00 | 1210-000 | | | $14,320.70 |
| | | | Homeowners Association Dues to Waterfall Glen Condo Association | $(896.75) | 4120-000 | | | $14,320.70 |
| | | | Prorated assessments for HOA | $127.47 | 4120-000 | | | $14,320.70 |
| | | | Attorney's fee to Lakelaw for closing per court order | $(900.00) | 3110-000 | | | $14,320.70 |
| | | | Payment to contract seller Bugajsky | $(34,082.36) | 4110-000 | | | $14,320.70 |
| | | | Prorated May Rent | $(451.61) | 2500-000 | | | $14,320.70 |
| | | | Security Deposit | $(2,000.00) | 2500-000 | | | $14,320.70 |
| | | | Proration for 2015 Real Estate Taxes | $(1,273.64) | 2500-000 | | | $14,320.70 |
| | | | Proration for 2016 Real Estate Taxes | $(481.54) | 2500-000 | | | $14,320.70 |
| | | | Title Commitment update fee to Chicato Title Co LLC | $(125.00) | 2500-000 | | | $14,320.70 |
| | | | DuPage Transfer Stamps | $(27.50) | 2500-000 | | | $14,320.70 |
| | | | CPL fee to Chicago Title | $(50.00) | 2500-000 | | | $14,320.70 |
| | | | Escrow Fee to Chicago Title | $(575.00) | 2500-000 | | | $14,320.70 |
| | | | Policy Registration Fee | $(3.00) | 2500-000 | | | $14,320.70 |
| | | | DuPage County Stamps | $(55.00) | 2500-000 | | | $14,320.70 |
| | | | Tax Payment Fee | $(50.00) | 2500-000 | | | $14,320.70 |
| | | | Wire Transfer Fee | $(40.00) | 2500-000 | | | $14,320.70 |
| | | | Title Insurance | $(1,600.00) | 2500-000 | | | $14,320.70 |
| | | | redeemded 2014 Real Estate Taxes | $(1,667.81) | 4700-000 | | | $14,320.70 |

**SUBTOTALS** $14,328.26  $7.56

**FORM 2**
Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1672 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carter, Stephen Brad |
| For Period Beginning: | 4/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Contract seller Bugajsky's attorney's fee per contract | $(1,500.00) | 2500-000 | | | $14,320.70 |
| | | | Reimburse Seller's attorneys' fee for court orders | $(20.00) | 2500-000 | | | $14,320.70 |
| 05/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $13.62 | $14,307.08 |
| 06/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $22.34 | $14,284.74 |
| 07/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $23.05 | $14,261.69 |
| 08/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $23.01 | $14,238.68 |
| 09/21/2016 | (25) | CARTER, STEPHEN BRAD | Partial payment of Discharge Settlement (docket #78) | | 1249-000 | $28,500.00 | | $42,738.68 |
| 09/21/2016 | (25) | CARTER, STEPHEN BRAD | Balance of Payment for Settlement of Adversary (docket #789 | | 1249-000 | $51,000.00 | | $93,738.68 |
| 09/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $69.24 | $93,669.44 |
| 10/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $141.40 | $93,528.04 |
| 11/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $146.05 | $93,381.99 |
| 12/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $150.69 | $93,231.30 |
| 01/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $150.44 | $93,080.86 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | | 2300-003 | | $106.87 | $92,973.99 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | | 2300-003 | | ($106.87) | $93,080.86 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | | 2300-000 | | $35.55 | $93,045.31 |
| 02/28/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $135.64 | $92,909.67 |
| 03/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $159.60 | $92,750.07 |
| 04/04/2017 | | Municipal Trust & Savings Bank | Credit bid for two plots in Monee, IL | | * | | | $92,750.07 |
| | {3} | | Credit bid for two plots in Monee, IL thus eliminating secured claim | $60,000.00 | 1110-000 | | | $92,750.07 |
| | | | Municipal Trust & Savings Bank - Credit bid for two plots in Monee, IL to satisfy secured claim | $(60,000.00) | 4110-000 | | | $92,750.07 |

| | | | | | **SUBTOTALS** | $79,500.00 | $1,070.63 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-14354-TAB | |
| **Case Name:** | CARTER, STEPHEN BRAD | |
| **Primary Taxpayer ID #:** | **-***1672 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/22/2015 | |
| **For Period Ending:** | 5/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5401 |
| **Account Title:** | Carter, Stephen Brad |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $93,828.26 | $1,078.19 | $92,750.07 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $93,828.26 | $1,078.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $93,828.26 | $1,078.19 | |

**For the period of 4/22/2015 to 5/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $106,749.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,749.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2016 to 5/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $106,749.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,749.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 4 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1672 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carter, Stephen Brad |
| For Period Beginning: | 4/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $93,828.26 | $1,078.19 | $92,750.07 |

**For the period of 4/22/2015 to 5/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $106,749.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,749.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/22/2015 to 5/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $106,749.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,749.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIM ANALYSIS REPORT**

Page No: 1
Exhibit C

| Case No. | 15-14354-TAB | | | | | | | Trustee Name: David Leibowitz |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CARTER, STEPHEN BRAD | | | | | | | Date: 5/15/2017 |
| Claims Bar Date: | 05/31/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ALAN LASKO<br><br>205 West Randolph Street<br>Suite 1150<br>Chicago IL 60606 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $3,343.20 | $0.00 | $0.00 | $0.00 | $3,343.20 |
| | ALAN LASKO<br><br>205 West Randolph Street<br>Suite 1150<br>Chicago IL 60606 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $46.14 | $0.00 | $0.00 | $0.00 | $46.14 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $229.78 | $0.00 | $0.00 | $0.00 | $229.78 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $10,225.00 | $0.00 | $0.00 | $0.00 | $10,225.00 |

**Claim Notes:** Reduced voluntarily by trustee in the amount of $3,000 at request of US Trustee which objects to compensation on credit bid

| | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | INTERNAL REVENUE SERVICE<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $2,064.19 | $0.00 | $0.00 | $0.00 | $2,064.19 |
| 1a | INTERNAL REVENUE SERVICE<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10.31 | $0.00 | $0.00 | $0.00 | $10.31 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $24,112.50 | $0.00 | $0.00 | $0.00 | $24,112.50 |

# CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No. | 15-14354-TAB | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | CARTER, STEPHEN BRAD | | | | | | | Date: | 5/15/2017 |
| Claims Bar Date: | 05/31/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $1,387.35 | $0.00 | $0.00 | $0.00 | $1,387.35 |
| 3 | MIDLAND FUNDING LLC<br><br>PO Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,378.39 | $0.00 | $0.00 | $0.00 | $9,378.39 |
| 2b | MUNICIPAL TRUST & SAVINGS BANK<br><br>C/O Steven Plato Troy Its Attorney<br>116 North Chicago Street<br>Suite 202<br>Joliet IL 60432 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $60,000.00 | $60,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** This amended claim, filed 07/05/2016, reduced the secured portion of the bank's claim from $85,000 to $60,000. The $60,000 secured claim was ultimately satisfied by sale of the mortgaged property to the bank for a $60,000 credit bid.

| 2c | MUNICIPAL TRUST & SAVINGS BANK<br><br>C/O Steven Plato Troy Its Attorney<br>116 North Chicago Street<br>Suite 202<br>Joliet IL 60432 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $52,208.91 | $0.00 | $0.00 | $0.00 | $52,208.91 |

**Claim Notes:** Unsecured portion of claim remaining after sale of mortgaged property to bank for $60,000 credit bid.

| 2 | MUNICIPAL TRUST C/O STEVEN PLATO TROY<br><br>116 N Chicago Street<br>Suite 202<br>Joliet IL 60432 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Amended | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (2-1) Mortgage on two vacant lots in Monee, Illinois, as security.
This claim is amended by claim 2-2, filed 07/05/2016, which reduced the secured portion of the claim from $85,000 to $60,000. The $60,000 secured claim was ultimately satisfied by sale of the mortgaged property to the bank for a $60,000 credit bid.

| Case No. | 15-14354-TAB | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | CARTER, STEPHEN BRAD | | | | | | | | Date: | 5/15/2017 |
| Claims Bar Date: | 05/31/2016 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2a | MUNICIPAL TRUST C/O STEVEN PLATO TROY<br>116 N Chicago Street Suite 202<br>Joliet IL 60432 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | This claim is amended by claim 2-2, filed 07/05/2016, which reduced the secured portion of the claim from $85,000 to $60,000, thereby increasing the unsecured portion to $52,208.91. The $60,000 secured claim was ultimately satisfied by sale of the mortgaged property to the bank for a $60,000 credit bid. | | | | | | | | |
| 3 | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| **Claim Notes:** | Adversary proceeding filing fee (complaint to bar: 16-AP-00096) | | | | | | | | |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to Synchrony Bank<br>(SAMS CLUB)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,920.61 | $0.00 | $0.00 | $0.00 | $2,920.61 |
| | | | | | $166,276.38 | $60,000.00 | $0.00 | $0.00 | $106,276.38 |

| Case No. | 15-14354-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | | Date: | 5/15/2017 |
| Claims Bar Date: | 05/31/2016 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $46.14 | $46.14 | $0.00 | $0.00 | $0.00 | $46.14 |
| Accountant for Trustee Fees (Other Firm) | $3,343.20 | $3,343.20 | $0.00 | $0.00 | $0.00 | $3,343.20 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,387.35 | $1,387.35 | $0.00 | $0.00 | $0.00 | $1,387.35 |
| Attorney for Trustee Fees (Trustee Firm) | $24,112.50 | $24,112.50 | $0.00 | $0.00 | $0.00 | $24,112.50 |
| Claims of Governmental Units | $2,064.19 | $2,064.19 | $0.00 | $0.00 | $0.00 | $2,064.19 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured § 726(a)(2) | $79,428.13 | $52,219.22 | $0.00 | $0.00 | $0.00 | $52,219.22 |
| Payments to Unsecured Credit Card Holders | $12,299.00 | $12,299.00 | $0.00 | $0.00 | $0.00 | $12,299.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $145,000.00 | $60,000.00 | $60,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $10,225.00 | $10,225.00 | $0.00 | $0.00 | $0.00 | $10,225.00 |
| Trustee Expenses | $229.78 | $229.78 | $0.00 | $0.00 | $0.00 | $229.78 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      15-14354
Case Name:     STEPHEN BRAD CARTER
Trustee Name:  David P. Leibowitz

Balance on hand:     $92,750.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Municipal Trust c/o Steven Plato Troy | $85,000.00 | $0.00 | $0.00 | $0.00 |
| 2b | Municipal Trust & Savings Bank | $60,000.00 | $60,000.00 | $60,000.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $92,750.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $10,225.00 | $0.00 | $10,225.00 |
| David P. Leibowitz, Trustee Expenses | $229.78 | $0.00 | $229.78 |
| Chicago Title and Trust Company, Attorney for Trustee Fees | $900.00 | $900.00 | $0.00 |
| Lakelaw, Attorney for Trustee Expenses | $1,387.35 | $0.00 | $1,387.35 |
| ALAN LASKO, Accountant for Trustee Fees | $3,343.20 | $0.00 | $3,343.20 |
| ALAN LASKO, Accountant for Trustee Expenses | $46.14 | $0.00 | $46.14 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |
| Other: Lakelaw, Attorney for Trustee Fees | $24,112.50 | $0.00 | $24,112.50 |

Total to be paid for chapter 7 administrative expenses:     $39,693.97
Remaining balance:     $53,056.10

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $53,056.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,064.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $2,064.19 | $0.00 | $2,064.19 |

Total to be paid to priority claims: $2,064.19
Remaining balance: $50,991.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $64,518.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $10.31 | $0.00 | $8.15 |
| 2a | Municipal Trust c/o Steven Plato Troy | $0.00 | $0.00 | $0.00 |
| 2c | Municipal Trust & Savings Bank | $52,208.91 | $0.00 | $41,263.26 |
| 3 | MIDLAND FUNDING LLC | $9,378.39 | $0.00 | $7,412.20 |
| 4 | Portfolio Recovery Associates, LLC | $2,920.61 | $0.00 | $2,308.30 |

Total to be paid to timely general unsecured claims: $50,991.91
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**