IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| STEPHEN BRAD CARTER | ) | |
| | ) | Case No. 15 B 14354 |
| | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor | ) | Bankruptcy Judge |

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 16, 2017, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: May 16, 2017            /s/ Rachel A. Leibowitz
                                                                                Paralegal

Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, Illinois 60604
847.249.9100

## **SERVICE LIST**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Municipal Trust & Savings Bank
C/O Steven Plato Troy Its Attorney
116 North Chicago Street
Suite 202
Joliet, Illinois 60432


MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090


Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(SAMS CLUB)
POB 41067
Norfolk, VA 23541


Stephen Brad Carter
1825 W. 187th Street
Homewood, IL 60430


Alanna G Morgan*
Morgan & Bley, Ltd.
900 W Jackson Blvd 4E
Chicago, IL 60607


United States Trustee Patrick S. Layng*
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604