**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-14354 |
| | § | |
| STEPHEN BRAD CARTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $339,528.00 | Assets Exempt: | $116,600.00 |
| Total Distributions to Claimants: | $149,575.55 | Claims Discharged Without Payment: | $56,467.31 |
| Total Expenses of Administration: | $49,924.45 | | |

3) Total gross receipts of $199,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**)**,** yielded net receipts of $199,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $565,969.50 | $181,519.45 | $96,519.45 | $96,519.45 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $49,924.45 | $49,924.45 | $49,924.45 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,100.00 | $2,064.19 | $2,064.19 | $2,064.19 |
| General Unsecured Claims (from **Exhibit 7**) | $164,419.00 | $91,727.13 | $64,518.22 | $50,991.91 |
| **Total Disbursements** | $732,488.50 | $325,235.22 | $213,026.31 | $199,500.00 |

4). This case was originally filed under chapter 7 on 04/22/2015. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2017     By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 5 Acres on Majestic Drive Monee, Illinois 60449 Two Empty Lots - Unimproved (Property in Foreclosure) Value Per Comps 50 | 1110-000 | $60,000.00 |
| 16W611 Mockingbird Lane, Apt. 102Willowbrook, IL 60527Condominium purchased in 2010 (Purchase Price $71,250) Value pe | 1210-000 | $55,000.00 |
| Rents on Willowbrook Property (16W611 Mockingbird Lane, Apt. 102) | 1222-000 | $5,000.00 |
| Settlement of adversary proceeding no. 16-00096 | 1249-000 | $79,500.00 |
| **TOTAL GROSS RECEIPTS** | | $199,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2b | Municipal Trust & Savings Bank | 4110-000 | $0.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| 2 | Municipal Trust c/o Steven Plato Troy | 4110-000 | $110,000.00 | $85,000.00 | $0.00 | $0.00 |
| | Cook County Assesor's Office | 4700-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | First Midwest Bank | 4110-000 | $92,497.00 | $0.00 | $0.00 | $0.00 |
| | Homeowners Association Dues to Waterfall Glen Condo Association | 4120-000 | $0.00 | $896.75 | $896.75 | $896.75 |
| | LaPorte County Treasurer's Office | 4700-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Melissa A Bugajsky - Agreement for Deed of Willowbrook | 4110-000 | $33,894.50 | $0.00 | $0.00 | $0.00 |
| | Orange Lake Country | 4110-000 | $7,800.00 | $0.00 | $0.00 | $0.00 |
| | Payment to contract seller | 4110-000 | $0.00 | $34,082.36 | $34,082.36 | $34,082.36 |

Case 15-14354    Doc 102    Filed 08/17/17    Entered 08/17/17 14:27:18    Desc Main
                                Document      Page 4 of 15

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bugajsky | | | | | |
| | Pierce & Associates | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Prorated assessments for HOA | 4120-000 | $0.00 | ($127.47) | ($127.47) | ($127.47) |
| | redeemded 2014 Real Estate Taxes | 4700-000 | $0.00 | $1,667.81 | $1,667.81 | $1,667.81 |
| | Wells Fargo Home Mortgage | 4110-000 | $309,778.00 | $0.00 | $0.00 | $0.00 |
| | Will County Clerk | 4120-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Willow brook Condominium Association | 4120-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $565,969.50 | $181,519.45 | $96,519.45 | $96,519.45 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $10,225.00 | $10,225.00 | $10,225.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $229.78 | $229.78 | $229.78 |
| International Sureties, Ltd | 2300-000 | NA | $35.55 | $35.55 | $35.55 |
| Contract seller Bugajsky's attorney's fee per contract | 2500-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| CPL fee to Chicago Title | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| DuPage County Stamps | 2500-000 | NA | $55.00 | $55.00 | $55.00 |
| DuPage Transfer Stamps | 2500-000 | NA | $27.50 | $27.50 | $27.50 |
| Escrow Fee to Chicago Title | 2500-000 | NA | $575.00 | $575.00 | $575.00 |
| Policy Registration Fee | 2500-000 | NA | $3.00 | $3.00 | $3.00 |
| Prorated May Rent | 2500-000 | NA | $451.61 | $451.61 | $451.61 |
| Proration for 2015 Real Estate Taxes | 2500-000 | NA | $1,273.64 | $1,273.64 | $1,273.64 |
| Proration for 2016 Real Estate Taxes | 2500-000 | NA | $481.54 | $481.54 | $481.54 |
| Reimburse Seller's attorneys' fee for court orders | 2500-000 | NA | $20.00 | $20.00 | $20.00 |
| Security Deposit | 2500-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Tax Payment Fee | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Title Commitment update fee to Chicato Title Co LLC | 2500-000 | NA | $125.00 | $125.00 | $125.00 |
| Title Insurance | 2500-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Wire Transfer Fee | 2500-000 | NA | $40.00 | $40.00 | $40.00 |
| Green Bank | 2600-000 | NA | $1,042.64 | $1,042.64 | $1,042.64 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Attorney's fee to Lakelaw for closing per court order, Attorney for Trustee | 3110-000 | NA | $900.00 | $900.00 | $900.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $24,112.50 | $24,112.50 | $24,112.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1,387.35 | $1,387.35 | $1,387.35 |
| ALAN LASKO, Accountant for Trustee | 3410-000 | NA | $3,343.20 | $3,343.20 | $3,343.20 |
| ALAN LASKO, Accountant for Trustee | 3420-000 | NA | $46.14 | $46.14 | $46.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$49,924.45** | **$49,924.45** | **$49,924.45** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $2,100.00 | $2,064.19 | $2,064.19 | $2,064.19 |
| | Victoria Carter | 5100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2,100.00** | **$2,064.19** | **$2,064.19** | **$2,064.19** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $2,100.00 | $10.31 | $10.31 | $8.15 |
| 2c | Municipal Trust & Savings Bank | 7100-000 | $0.00 | $52,208.91 | $52,208.91 | $41,263.26 |
| 2a | Municipal Trust | 7100-000 | $110,000.00 | $27,208.91 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | c/o Steven Plato Troy | | | | | |
| 3 | MIDLAND FUNDING LLC | 7100-900 | $9,378.00 | $9,378.39 | $9,378.39 | $7,412.20 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $0.00 | $2,920.61 | $2,920.61 | $2,308.30 |
| | ACME Continental Credit Union | 7100-000 | $8,276.00 | $0.00 | $0.00 | $0.00 |
| | Citicorp Credit Services * | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Diane Panos | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Equifax Information Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Experian Information Solutions, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GE Capital Retail Consumer Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Collection Service | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | John Stephen Carter | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
| | Kankakee Valley REMC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Orland Fire Protection District | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Statewide Credit Association | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| | Tom C. Edwards | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Trans Union LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | William Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cach LLC | 7100-900 | $8,597.00 | $0.00 | $0.00 | $0.00 |
| | Chase * | 7100-900 | $4,928.00 | $0.00 | $0.00 | $0.00 |
| | GE Capital Retail Bank | 7100-900 | $2,920.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $164,419.00 | $91,727.13 | $64,518.22 | $50,991.91 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-14354 Doc 102 Filed 08/17/17 Entered 08/17/17 14:27:18 Desc Main
Document Page 7 of 15

FORM 1

Page No: 1    Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-14354-TAB | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | | | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 8/8/2017 | | | §341(a) Meeting Date: | 06/11/2015 |
| | | | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1825 187th Street Homewood, Illinois 60430 Single Family Dwelling (Property in Foreclosure) Purchased in 1994 (Purchase Price $104,000.00) Value Per Cook County Assessor PIN#: 32-06-400-046-0000 | $199,800.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 2  18610 Gottschalk Avenue Homewood, Illinois 60430 Single Family Dwelling (Property in Foreclosure) Purchased in 2004 (Purchase Price $92,500.00) Value Per Appraisal PIN#: 32-06-211-026-0000 | $100,000.00 | $2,503.00 | OA | $0.00 | FA |
| **Asset Notes:** Costs and expenses of sale would more than eliminate any equity. Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 3  5 Acres on Majestic Drive Monee, Illinois 60449 Two Empty Lots - Unimproved (Property in Foreclosure) Value Per Comps 50% Partial Interest with Estranged Spouse | $30,000.00 | $0.00 | | $60,000.00 | FA |
| **Asset Notes:** Lots 3 and 4 in Links Edge Subdivision of the South 1/2 of Southwest 1/4 of Section 22 Township 34 N Range 12 East of the Third Principal Meridian - plat R2002-145283 Will County, IL; tax ID 18-13-22-302-005 & 18-13-22-302-006. 9930 and 9940 W. Majestic Drive, Monee, Illinois Property sold to Municipal Trust & Savings Bank, as authorized by Agreed Judgment Order entered on 12/15/2016 in Adv. No. 16-00568 (adv. dkt #11), for $60,000 credit bid, thus eliminating secured claim. | | | | | |
| 4  Time Share in Kissimmee, Florida 50% Partial Interest with Estranged Spouse | $3,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 5  129 Elm Drive Walkerton, Indiana 46574 Single Family Dwelling Purchased in 2006 Value Per Comps PIN#: 36-12-20-133-021 & 36-12-20-133-022 In the Process of Sale Due to Prior Court Order - 50% Interest with Estranged Spouse | $27,000.00 | $6,500.00 | OA | $0.00 | FA |
| **Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |

Case 15-14354   Doc 102   Filed 08/17/17   Entered 08/17/17 14:27:18   Desc Main
Document      Page 8 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | Illiana Financial Checking Account Ending with 2407 | $1,193.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 7 | Illiana Financial Savings Account | $50.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 8 | Used Household Goods, Furnishings and Appliances | $2,080.00 | $2,080.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 9 | Personal Items | $50.00 | $50.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 10 | Used Clothing | $200.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 11 | Term Life Insurance Policy through Employer No Cash Value | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 12 | Orland Fire Protection District Pension Plan No Current Value | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 13 | Orland Fire Protection District 457 Plan | $110,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 14 | Voluntary Employee Beneficiary Association Plan (VEBA) through Employer No Current Value | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 15 | Tap House Grill, Inc. Being Held By Trustee - Property of Estate In Bankruptcy Case Number 15-09177 | $0.00 | $25,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79). | | | | | |
| 16 | Carter Family Construction, Inc. (Business is Inactive) Debtor is Sole Shareholder (Business Owns a 50% Interest in Vehicle, Lift and Various Hand Tools) | $2,500.00 | $9,466.00 | OA | $0.00 | FA |

Case 15-14354   Doc 102   Filed 08/17/17   Entered 08/17/17 14:27:18   Desc Main
Document      Page 9 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:  3       Exhibit 8

| Case No.: | 15-14354-TAB | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | | | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 8/8/2017 | | | §341(a) Meeting Date: | 06/11/2015 |
| | | | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** Tools of Trade exemption was overruled by court order dated 02/16/2016 (dkt #56); inspection suggested value of tools and assets was greater than $2500; however, as part of settlement with Debtor, property was abandoned per order dated 09/07/2016 (dkt #78) (settlement approved 09/07/2016 (dkt #79)).

**Ref. #**

| 17 | Outstanding Rents from Former Tenants (Non Collectable) | $4,000.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79).

| 18 | Remainderman interest in Property Located at: 1345 Bluff Drive Osage Beach, Missouri 65065 Single Family Dwelling Subject to life estate of Leon Moore, Age 78 | $0.00 | $20,000.00 | OA | $0.00 | FA |

**Asset Notes:** Debtor has fee simple subject to life estate of Leon Moore who is 78 years old; offer for remainder interest was $20,000; as part of settlement with Debtor, property was abandoned per order dated 09/07/2016 (dkt #78) (settlement approved 09/07/2016 (dkt #79)).

| 19 | Illinois Driver's License | $0.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79).

| 20 | 1999 Ford Taurus with 120,000 Miles Value Per KBB, PPV | $1,899.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79).

| 21 | 2005 Chevrolet Express Van with 100,000 Miles Value Per KBB, PPV 50% Interest with Carter Family Construction, Inc. | $2,724.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79).

| 22 | 1998 Chevrolet Cavalier with 75,000 Miles Value Per KBB, PPV | $1,632.00 | $1,632.00 | OA | $0.00 | FA |

**Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79).

| 23 | 16W611 Mockingbird Lane, Apt. 102 Willowbrook, IL 60527 Condominium purchased in 2010 (Purchase Price $71,250) Value per comps PIN#: 10-02-312-130 **(u)** | $50,000.00 | $21,105.50 | | $55,000.00 | FA |

**Asset Notes:** Sold per order dated 03/23/2016 (dkt #70).

| 24 | Rents on Willowbrook Property (16W611 Mockingbird Lane, Apt. 102) **(u)** | $0.00 | $5,000.00 | | $5,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4    Exhibit 8

| Case No.: | 15-14354-TAB | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | CARTER, STEPHEN BRAD | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** Property has been sold. No additional rents to be collected.

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 25 | Settlement of adversary proceeding no. 16-00096 | (u) | $0.00 | $79,500.00 | | $79,500.00 | FA |

**Asset Notes:** Settlement approved on 09/07/2016 (dkt #79).

| 26 | Judgments Against Old Tenants: <br> Fanta Lewis per case 2013 M6 001782 judgment of $12,000 <br> Darlene Patterson per case 2009 M6 003619 judgment of $5,100 <br> Debtor believes that they are uncollectable | (u) | $0.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** Abandoned per order dated 09/07/2016 (dkt #78) in accordance with settlement approved on 09/07/2016 (dkt #79).

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$536,128.00    $172,836.50    $199,500.00    $0.00

**Major Activities affecting case closing:**

| 06/30/2017 | TFR approved by Court 6/6/2017 |
| --- | --- |
| 04/18/2017 | TFR sent to UST |
| 08/01/2016 | 2017 Reporting Period: |
| | Settlement agreement for $79,500 from Debtor's retirement account. |
| 06/30/2016 | 2016 Reporting Period: |
| | Asset Case: Multiple properties, cars, tools, interests in companies |
| | Complaint to bar discharge: Debtor's attorney indicates willingness to settle discharge claim for an amount sufficient to pay scheduled claims - settlement agreement to come |
| | Trustee has sold Debtor's rent-to-own condo on Willowbrook, and has a likely buyer for the life estate in Osage Beach, MO. |

**Initial Projected Date Of Final Report (TFR):**    12/31/2017    **Current Projected Date Of Final Report (TFR):**    04/15/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1672 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carter, Stephen Brad |
| For Period Beginning: | 4/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | (24) | Ernest W. Shewchuck | Rent received - Willowbrook | 1222-000 | $1,000.00 | | $1,000.00 |
| 03/23/2016 | (24) | Sulaiman Law Group, Ltd. Trustee | Paid on behalf of Debtor for rent received | 1222-000 | $1,600.00 | | $2,600.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.44 | $2,598.56 |
| 04/13/2016 | (24) | STEPHEN CARTER | Rent received - Willowbrook | 1222-000 | $1,400.00 | | $3,998.56 |
| 04/19/2016 | (24) | Ernest W. Shewchuk | Rent received - Willowbrook | 1222-000 | $1,000.00 | | $4,998.56 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.12 | $4,992.44 |
| 05/19/2016 | | Chicago Title and Trust Company | Net proceeds of sale of Willowbrook | * | $9,328.26 | | $14,320.70 |
| | {23} | | Net proceeds of sale of Willowbrook condominium  $55,000.00 | 1210-000 | | | $14,320.70 |
| | | | Homeowners Association Dues to Waterfall Glen Condo Association  $(896.75) | 4120-000 | | | $14,320.70 |
| | | | Prorated assessments for HOA  $127.47 | 4120-000 | | | $14,320.70 |
| | | | Attorney's fee to Lakelaw for closing per court order  $(900.00) | 3110-000 | | | $14,320.70 |
| | | | Payment to contract seller Bugajsky  $(34,082.36) | 4110-000 | | | $14,320.70 |
| | | | Prorated May Rent  $(451.61) | 2500-000 | | | $14,320.70 |
| | | | Security Deposit  $(2,000.00) | 2500-000 | | | $14,320.70 |
| | | | Proration for 2015 Real Estate Taxes  $(1,273.64) | 2500-000 | | | $14,320.70 |
| | | | Proration for 2016 Real Estate Taxes  $(481.54) | 2500-000 | | | $14,320.70 |
| | | | Title Commitment update fee to Chicato Title Co LLC  $(125.00) | 2500-000 | | | $14,320.70 |
| | | | DuPage Transfer Stamps  $(27.50) | 2500-000 | | | $14,320.70 |
| | | | CPL fee to Chicago Title  $(50.00) | 2500-000 | | | $14,320.70 |
| | | | Escrow Fee to Chicago Title  $(575.00) | 2500-000 | | | $14,320.70 |
| | | | Policy Registration Fee  $(3.00) | 2500-000 | | | $14,320.70 |
| | | | DuPage County Stamps  $(55.00) | 2500-000 | | | $14,320.70 |
| | | | Tax Payment Fee  $(50.00) | 2500-000 | | | $14,320.70 |
| | | | Wire Transfer Fee  $(40.00) | 2500-000 | | | $14,320.70 |
| | | | Title Insurance  $(1,600.00) | 2500-000 | | | $14,320.70 |
| | | | redeemded 2014 Real Estate Taxes  $(1,667.81) | 4700-000 | | | $14,320.70 |
| | | | **SUBTOTALS** | | **$14,328.26** | **$7.56** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1672 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carter, Stephen Brad |
| For Period Beginning: | 4/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Contract seller Bugajsky's attorney's fee per contract | $(1,500.00) | 2500-000 | | | $14,320.70 |
| | | | Reimburse Seller's attorneys' fee for court orders | $(20.00) | 2500-000 | | | $14,320.70 |
| 05/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $13.62 | $14,307.08 |
| 06/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $22.34 | $14,284.74 |
| 07/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $23.05 | $14,261.69 |
| 08/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $23.01 | $14,238.68 |
| 09/21/2016 | (25) | CARTER, STEPHEN BRAD | Partial payment of Discharge Settlement (docket #78) | | 1249-000 | $28,500.00 | | $42,738.68 |
| 09/21/2016 | (25) | CARTER, STEPHEN BRAD | Balance of Payment for Settlement of Adversary (docket #789 | | 1249-000 | $51,000.00 | | $93,738.68 |
| 09/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $69.24 | $93,669.44 |
| 10/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $141.40 | $93,528.04 |
| 11/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $146.05 | $93,381.99 |
| 12/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $150.69 | $93,231.30 |
| 01/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $150.44 | $93,080.86 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | | 2300-003 | | $106.87 | $92,973.99 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | | 2300-003 | | ($106.87) | $93,080.86 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | | 2300-000 | | $35.55 | $93,045.31 |
| 02/28/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $135.64 | $92,909.67 |
| 03/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $159.60 | $92,750.07 |
| 04/04/2017 | | Municipal Trust & Savings Bank | Credit bid for two plots in Monee, IL | | * | | | $92,750.07 |
| | {3} | | Credit bid for two plots in Monee, IL thus eliminating secured claim | $60,000.00 | 1110-000 | | | $92,750.07 |
| | | | Municipal Trust & Savings Bank - Credit bid for two plots in Monee, IL to satisfy secured claim | $(60,000.00) | 4110-000 | | | $92,750.07 |
| 06/08/2017 | 3003 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | | 2700-000 | | $350.00 | $92,400.07 |

| | | | | | SUBTOTALS | $79,500.00 | $1,420.63 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14354-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARTER, STEPHEN BRAD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1672 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carter, Stephen Brad |
| For Period Beginning: | 4/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $1,387.35; Distribution Dividend: 100.00%; | 3120-000 | | $1,387.35 | $91,012.72 |
| 06/08/2017 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $24,112.50; Distribution Dividend: 100.00%; | 3110-000 | | $24,112.50 | $66,900.22 |
| 06/08/2017 | 3006 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $10,225.00 | $56,675.22 |
| 06/08/2017 | 3007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $229.78 | $56,445.44 |
| 06/08/2017 | 3008 | ALAN LASKO | Claim #: ; Amount Claimed: $46.14; Distribution Dividend: 100.00%; | 3420-000 | | $46.14 | $56,399.30 |
| 06/08/2017 | 3009 | ALAN LASKO | Claim #: ; Amount Claimed: $3,343.20; Distribution Dividend: 100.00%; | 3410-000 | | $3,343.20 | $53,056.10 |
| 06/08/2017 | 3010 | Internal Revenue Service | Claim #: 1; Amount Claimed: $2,064.19; Distribution Dividend: 100.00%; | 5800-000 | | $2,064.19 | $50,991.91 |
| 06/08/2017 | 3011 | Internal Revenue Service | Claim #: 1; Amount Claimed: $10.31; Distribution Dividend: 79.03%; | 7100-000 | | $8.15 | $50,983.76 |
| 06/08/2017 | 3012 | Municipal Trust & Savings Bank | Claim #: 2; Amount Claimed: $52,208.91; Distribution Dividend: 79.03%; | 7100-000 | | $41,263.26 | $9,720.50 |
| 06/08/2017 | 3013 | MIDLAND FUNDING LLC | Claim #: 3; Amount Claimed: $9,378.39; Distribution Dividend: 79.03%; | 7100-900 | | $7,412.20 | $2,308.30 |
| 06/08/2017 | 3014 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 4; Amount Claimed: $2,920.61; Distribution Dividend: 79.03%; | 7100-900 | | $2,308.30 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $92,400.07 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 15-14354-TAB |
| **Case Name:** | CARTER, STEPHEN BRAD |
| **Primary Taxpayer ID #:** | **-***1672 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/22/2015 |
| **For Period Ending:** | 8/8/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5401 |
| **Account Title:** | Carter, Stephen Brad |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $93,828.26 | $93,828.26 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $93,828.26 | $93,828.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $93,828.26 | $93,828.26 | |

**For the period of 4/22/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $199,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $199,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2016 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $199,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $199,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-14354-TAB | |
| **Case Name:** | CARTER, STEPHEN BRAD | |
| **Primary Taxpayer ID #:** | **-***1672 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/22/2015 | |
| **For Period Ending:** | 8/8/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5401 |
| **Account Title:** | Carter, Stephen Brad |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $93,828.26 | $93,828.26 | $0.00 |

**For the period of 4/22/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $199,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $199,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/22/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $199,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $199,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $199,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $199,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ